IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:07-cr-42-RS-AK

ROBIN A. HAYES,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 83, Defendant's Second Motion to Appoint Counsel. Circumstances having not changed since the first motion was denied, this motion is likewise not well taken, and it is also **DENIED**.

**DONE AND ORDERED** this  8th    day of September, 2008.

       S/A. Kornblum
       **ALLAN KORNBLUM**
       **UNITED STATES MAGISTRATE JUDGE**