IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:07-cr-42-RS-AK

ROBIN HAYES,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 85, the Government's Motion for Extension of Time to File Response. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. The Government shall file its response no later than **October 6, 2008**. Defendant may file a reply no later than **November 3, 2008**.

**DONE AND ORDERED** this 18th day of September, 2008.

        S/A.Kornblum
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**