IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:07CR42-RS/AK

ROBIN HAYES,

   Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 91, Motion to Extend Time for Filing Reply. For good cause shown, the Court finds the motion to be well taken.

Accordingly, it is **ORDERED**:

That the motion to extend time, Doc. 91, is **GRANTED**;

That Defendant shall file a reply no later than **December 3, 2008.**

**DONE AND ORDERED** this *23rd* day of October, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**