IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:07-CR-42-RS-AK

ROBIN A. HAYES,

    Defendant.
_____/

## ORDER DENYING MOTION FOR ASSISTANCE

This cause is before the Court on Defendant's letter, which has been interpreted as a motion for assistance with inmate mail. Doc. 100. Having carefully considered the matter, the Court finds that the motion is not well taken, and it is **DENIED**. If Defendant is having problems with either receiving or sending legal mail, then she must exhaust her administrative remedies first before seeking relief in this Court. If the mail issues are not resolved to her satisfaction at the administrative level, then Defendant may seek relief under 42 U.S.C. § 1983, if necessary and appropriate, for violation of her constitutional rights.

**DONE AND ORDERED** this  *26th*  day of March, 2009.

                            *s/ A .KORNBLUM*
                            **ALLAN KORNBLUM**
                            **UNITED STATES MAGISTRATE JUDGE**