IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO. 5:07cr42/RS-AK

ROBIN A. HAYES,

    Defendant.
_____/

## **ORDER**

Before me are the Magistrate Judge's Report and Recommendation (Doc. 104) and Defendant's Response to the Report and Recommendation (Doc. 105). I have considered Defendant's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. Defendant's Motion to Vacate (Doc. 77) is denied.
3. The clerk is directed to close the file.

**ORDERED** on September 22, 2009.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**